**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. No. <u>17-CR-10093-STA</u> |
| | ) | |
| MICHAEL JAY HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AND NOTICE OF RESETTING**

The Government has moved this Court to continue the motion hearing in the above matter.

Wherefore, for good cause, the motion hearing is continued until **Tuesday, July 3**, **2018**, at **1:30 P.M.**

IT IS SO ORDERED this 22nd day of May, 2018.

s/S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE